Certificate Number: 00134-AZ-CC-033221413



00134-AZ-CC-033221413

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 7, 2019, at 3:26 o'clock PM MDT, Mike K. Bowman received from Cricket Debt Counseling, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of Arizona, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: August 7, 2019

By: /s/Ursula Childs

Name: Ursula Childs

Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).